IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID HARRISON,

   Petitioner,

    v.

UNITED STATES MARSHALL
SERVICE, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-2991-TWT

ORDER

This is a pro se petition for writ of habeas corpus. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the petition as moot. The Court approves and adopts the recommendation as the judgment of the Court. This action is dismissed.

SO ORDERED, this 15 day of January, 2009.


                                  /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge